UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DARBOUZE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPENCER, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-1419 CSK P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that while he was housed at High Desert State Prison defendants Dr. Spencer and Dr. Kim were deliberately indifferent to plaintiff's serious mental health and medical needs.  (ECF No. 1.)  On May 1, 2024, defendant Spencer filed a motion to opt out of the post-screening ADR project.  After reviewing the motion, the court finds good cause to grant defendant Spencer's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Spencer's motion to opt out (ECF No. 17) is granted and the ADR stay of this action is lifted; and

2. Within twenty-one days from the date of this order, defendant Spencer shall file a responsive pleading.

Dated:  May 2, 2024

/1/darb1419.opt

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1