1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEAN-MAX DARBOUZE,                        No.  2:23-cv-1419 CSK P

12              Plaintiff,

13         v.                                   ORDER

14    DR. SPENCER, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983.

18    Plaintiff requests that the court appoint counsel for the ADR settlement conference.  However, on

19    May 3, 2024, defendant Spencer's motion to opt out of the Post-Screening ADR Project was

20    granted, therefore no ADR settlement conference will be scheduled.  Plaintiff's request to have

21    counsel appointed for the ADR settlement conference is moot and is denied.

22         Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of

23    counsel (ECF No. 20) is denied without prejudice.

24

25    Dated:  May 16, 2024

26    _____
                                              CHI SOO KIM
27                                            UNITED STATES MAGISTRATE JUDGE

28    /1/darb1419.31

                                               1