UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DARBOUZE,<br><br>         Plaintiff,<br><br>     v.<br><br>DR. SPENCER, et al.,<br><br>         Defendants. | No.  2:23-cv-1419 CSK P<br><br><br>ORDER |

Plaintiff filed a motion for a first extension of time to respond to defendant Spencer's motion to dismiss filed on May 16, 2024.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 23) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to respond to defendant Spencer's motion to dismiss.

Dated:  June 11, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/darb1419.36

1