UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DARBOUZE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. SPENCER, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-1419 CSK P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By an order filed May 10, 2024, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and copies of his complaint which are required to effect service on defendant Dr. Kim.  (ECF No. 19.)  On June 20, 2024, plaintiff submitted the USM-285 form, copies of his complaint and summons but failed to provide additional information to serve this defendant.  Service of process on Dr. Kim was previously returned unexecuted because California Department of Corrections ("CDCR") staff was unable to identify Dr. Kim.  In his recent form, plaintiff provided only addresses for High Desert State Prison and CDCR Headquarters but did not provide Dr. Kim's full name.  Plaintiff must provide Dr. Kim's full name and current address for the court to order the U.S. Marshal to again attempt service of process on Dr. Kim.  Plaintiff may be able to obtain Dr. Kim's complete name from plaintiff's medical records or through discovery from defendant Spencer.  (See ECF No. 19.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to mail one USM-285 form, along with an instruction sheet, to plaintiff; and

2. Within thirty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with a completed USM-285 form with additional information that identifies Dr. Kim in order to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this defendant be dismissed.

Dated:  July 2, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/darb1419.8f

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DAROUZE,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. SPENCER, et al.<br><br>    Defendants. | No. 2:23-cv-1419 CSK P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　　Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

　　　　\_\_\_\_　　Completed USM-285 form providing Dr. Kim's full name and current address.  (Plaintiff previously provided copies of the complaint.)

DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Plaintiff

3