UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DARBOUZE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPENCER, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-1419 WBS CSK P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 28, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party filed objections to the findings and recommendations.

　　　　The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 30) are adopted in full;

2. Defendant Spencer's motion to dismiss (ECF No. 22) is granted, and plaintiff's claims against defendant Dr. Spencer in his official capacity are dismissed;

3. All claims against Dr. Spencer in his individual capacity remain; and

4. Defendant Dr. Spencer is ordered to file an answer to the remaining claims against him within fourteen days from the date of this order.

Dated:  October 1, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/darb23cv1419.801