UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN-MAX DARBOUZE,

    Plaintiff,

 v.

SPENCER, et al.,

    Defendants.

No. 2:23-cv-1419 WBS CSK P

ORDER

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 24, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations. Defendant Kim filed a response.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 51) are adopted in full;

2. Defendant Dr. R. Kim's motion to dismiss all claims against him in his official capacity (ECF No. 49) is granted;

3. Plaintiff's claims against defendant Dr. R. Kim in his official capacity are dismissed; and

4. Defendant Dr. R. Kim is directed to file an answer to plaintiff's Eighth Amendment claims against defendant Dr. R. Kim in his individual capacity within fourteen days from the date this order is served.

Dated:  April 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/darb1419.805