UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DARBOUZE, | No. 2:23-cv-1419 WBS CSK P |
| Plaintiff, | |
| v. | ORDER |
| SPENCER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action seeking relief under 42 U.S.C. § 1983. On September 15, 2025, plaintiff filed a motion styled, "Motion to Provide a Copy of the Deposition Transcripts." (ECF No. 60.)

There is no statutory requirement for the government to provide a litigant proceeding in forma pauperis with copies of a deposition transcript. See 28 U.S.C. § 1915(d); see also Whittenberg v. Roll, 2006 WL 657381, at *5 (E.D. Cal. Mar.15, 2006) (denying plaintiff's motion to compel defendant to provide him with a copy of the deposition transcript free of charge). Moreover, under Rule 30(f)(3) of the Federal Rules of Civil Procedure, the officer before whom a deposition is taken must provide a copy of the transcript to any party or to the deponent upon payment of reasonable charges therefor. Id. Thus, the court will not order the court reporter, defense counsel or the defendant to provide plaintiff with a copy of his deposition transcript without charge. Plaintiff must obtain the deposition transcript from the officer before

1

whom the deposition was taken. See Boston v. Garcia, 2013 WL 1165062, at *2 (E.D. Cal. Mar. 20, 2013) (denying plaintiff's request for a court order directing the defendant to provide him with a copy of his deposition transcript). Defendants are required to provide plaintiff copies of any portions of deposition transcripts used to support a motion for summary judgment. See Whittenberg, 2006 WL 657381, at *6 n.4.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for deposition transcripts (ECF No. 60) is denied.

Dated: September 22, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/darb1419.dep