UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-MAX DARBOUZE,<br><br>                    Plaintiff,<br><br>          v.<br><br>SPENCER, et al.,<br><br>                    Defendants. | No.  2:23-cv-1419 WBS CSK P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On November 17, 2025, plaintiff submitted to the Court for filing 430 pages consisting of a cover page with the instant case number, as well as the case number for plaintiff's other pending case, Darbouze v. Dr. Nyo Hla, No. 2:23-cv-3055 CSK P (E.D. Cal.). (ECF No. 65 at 1.)  The second page of plaintiff's filing is labeled "Exhibit 'A'" and is followed by a document that appears to be related to the exhaustion of administrative remedies, as well as numerous medical records.  (Id. at 2-430.)

On November 13, 2025, defendants filed a motion for summary judgment on the merits of plaintiff's Eighth Amendment claims challenging medical and mental health care at High Desert State Prison.  (ECF No. 64.)  Plaintiff has 21 days to file an opposition to the motion.  Local Rule 230(l).  Plaintiff is advised that the submission of over 400 pages of exhibits without explanation is inappropriate.  The Court is not a repository for litigant's evidence.  If plaintiff wishes to

submit exhibits in connection with his opposition to defendants' pending motion for summary judgment, plaintiff must identify the specific exhibit in his opposition and properly mark the relevant exhibit so that the Court and defendants can ascertain the exhibit submitted in connection with plaintiff's argument.  Plaintiff should not include documents that are not relevant to the claims pending in this action.  Therefore, the Clerk of the Court is directed to return the hard copy of plaintiff's exhibits filed on November 17, 2025.  (ECF No. 65.)

       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to return the hard copy of plaintiff's November 17, 2025 filing (ECF No. 65) to plaintiff.

Dated:  November 21, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/darb1419.exh