IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN-MAX DARBOUZE,

Plaintiff,

v.

SPENCER, et al.,

Defendants.

Case No. 2:23-cv-1419 WBS CSK P

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff is a state inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is the motion of defendants J. Spencer, Ph.D. and Dr. R. Kim ("defendants") for an extension of time to file a reply in support of their pending motion for summary judgment.[1]  (ECF No. 63).

Defendants seek to extend the deadline to file a reply by twenty-one days, up to and including February 13, 2026.  Having considered the motion, the Court finds good cause for the requested extension and grants defendants' request.

Accordingly, IT IS HEREBY ORDERED that:

_____

[1]  Although defendants' motion is styled "Ex Parte," the motion was not filed ex parte because counsel served the motion on plaintiff.

1. Defendants' motion for an extension of time to file a reply in support of their motion for summary judgment (ECF No. 70) is granted; and

2. Defendants' reply shall be filed on or before February 13, 2026.

Dated:  January 28, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/darb1419.eot