UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN-MAX DARBOUZE,

Plaintiff,

v.

SPENCER, et al.,

Defendants.

No. 2:23-cv-1419 WBS CSK P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 08, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations. Defendants filed a response.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds that plaintiff was provided a meaningful opportunity to review and challenge the evidence relied upon by defendants and that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 73) are adopted in full;
2. Defendants' motion for summary judgment (ECF No. 64) is granted; and
3. Judgment is entered in favor of defendants Spencer and Kim, and this action is closed.

Dated: August 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/darb1419.805.2