UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JEAN-MAX DARBOUZE,

Plaintiff,

v.

SPENCER, et al.,

Defendants.

No. 2:23-cv-1419 WBS CSK P

ORDER RE: BILL OF COSTS

----oo0oo----

The court granted summary judgment for defendants on August 19, 2026. (Docket No. 78.) Defendants now seek $3,725.50 in costs for two deposition transcripts. (Bill of Costs (Docket No. 80).) Plaintiff has not objected.

Rule 54(d)(1) provides that "costs -- other than attorney's fees -- should be allowed to the prevailing party." Fed. R. Civ. P. 54(d)(1). Such costs may include "[f]ees for printed or electronically recorded transcripts necessarily obtained for use" and "filing fee[s]." Kalitta Air L.L.C. v.

Cent. Tex. Airborne Sys. Inc., 741 F.3d 955, 957-58 (9th Cir. 2013) (citing 28 U.S.C. § 1920(1)-(6)) ("The general costs statute [which] defines the term 'costs' as used in Rule 54(d)."). "Rule 54(d) creates a presumption in favor of awarding costs to prevailing parties, and it is incumbent upon the losing party to demonstrate why the costs should not be awarded." Stanley v. Univ. of S. Cal., 178 F.3d 1069, 1079 (9th Cir. 1999).

The court finds defendants' costs reasonable. $3,725.50 shall be taxed to plaintiff. See L.R. 292(c).

IT IS SO ORDERED.

Dated: September 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE